UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
JAMES O'CONNOR,                                   Civil Action No.
                                                  03 CV 3874
                        *Plaintiff,*

    -against-

CIGNA LIFE INSURANCE COMPANY OF NEW              SATISFACTION OF
YORK, and the LONG TERM DISABILITY PLAN          JUDGMENT
OF SOLOMON SMITH BARNEY,

                        *Defendants.*
-----------------------------------------------------------------------x

**WHEREAS,** a judgment was entered in the above action on the 25th day of June, 2007, in favor of JAMES O'CONNOR against CIGNA LIFE INSURANCE COMPANY OF NEW YORK ("CLICNY") and LONG TERM DISABILITY PLAN OF SALOMON BROTHERS SMITH BARNEY, INC., awarding plaintiff LTD benefits commencing August 6, 2002 and continuing up to and including July 27, 2006, along with prejudgment interest on the amounts of payable, reasonable attorneys's fees, and costs; and whereas said judgment, costs and fees having been fully paid as part of a global settlement of James O'Connor's rights under the group long term disability policy CLICNY issued to SALOMON SMITH BARNEY and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of the judgment.

Dated: New York, New York
       August 28, 2007

                                    LAW OFFICES OF BINDER & BINDER

                                    By: _____
                                        Stephane Montas, Esq. (SM-4859)
                                        Attorneys for Plaintiff
                                        300 Rabro Drive, Suite 101
                                        Hauppauge, New York 11788
                                        (631) 582 1200

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

On the 31st day of August, 2007, before me personally came STEPHANE M. MONTAS, to me known and known to be an Associate of the firm of BINDER & BINDER, attorneys for plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

PAUL KAMPFER
Notary Public, State of New York
No. 02KA6142705
Qualified in Queens County
Commission Expires March 20, 2010

_____
Notary Public